[No. 37529-6-I.    Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. CHILDS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06410-6, J. Kathleen Learned, J., entered October 2, 1995. *Dismissed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 37841-4-I.    Division One.    January 27, 1997.]

KELLI M. DORAN, *Appellant*, v. DANIEL E. FENTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-3-06821-8, Peter Jarvis, J., entered November 22, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Becker, J.

[No. 38241-1-I.    Division One.    January 27, 1997.]

*In the Matter of the Personal Restraint of* SHAWN T. WEST, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.

[No. 38293-4-I.    Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.O., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-8-01816-5, Paul D. Hansen, J., entered February 16, 1996. *Remanded* by unpublished per curiam opinion.